UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,     :     20-Cr-553 (SHS)

          -v-     :     <u>ORDER</u>

ERIC DIAZ,     :

          Defendant.     :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A bail hearing having been held today via teleconference, with counsel for all parties attending, and defendant having waived his appearance [Doc. No. 5],

     IT IS HEREBY ORDERED that defendant's application for bail is granted on the following conditions:

     1.     A $100,000 personal recognizance bond cosigned by three financially responsible persons;

     2.     Home detention enforced by location monitoring.  The defendant shall be permitted to self-install the home monitoring unit under the direction and instruction of Pretrial Services**;**

     3.     The defendant may leave his residence for work, attorney meetings, and medical necessities, as directed by Pretrial Services;

     4.     The defendant shall reside in Yonkers, New York. Pretrial Services shall determine whether or not the Yonkers location is suitable. The defendant shall not change his residence without the approval of Pretrial Services;

     3.     The defendant shall surrender his passport and make no new travel applications;

     4.     Travel is restricted to the Southern and Eastern Districts of New York;

     5.     The defendant shall seek employment approved by Pretrial Services;

     6.     The defendant shall undergo drug testing as directed by Pretrial Services;

7.      The defendant shall have no contact with any potential witnesses or alleged members of this conspiracy, except in the presence of counsel;

8.      All conditions shall be met before defendant is released; and

8.      Pretrial services supervision as directed.


Dated: New York, New York
        October 22, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.