ALEXEI SCHACHT
Attorney At Law
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

October 29, 2020

BY ECF

The Honorable Sidney H. Stein       **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Eric Diaz
             20 Cr. 553

Dear Judge Stein:

      I write on behalf of my client, Eric Diaz, to ask that his conditions of release on bond be modified to include the following: that the defendant be permitted to participate in a drug treatment program (and not only testing as stated in the current bond) as directed by pre-trial services. I have spoken to pre-trial and they join in the request and the Government does not oppose it.

      Thank you for considering this request.

                           Respectfully submitted,

                           /s/ Alexei Schacht

                           Alexei Schacht

                           **Request granted.**

cc:    A.U.S.A. Michael Herman (by ECF)

                           **Dated: New York, New York**
                                 **October 29, 2020**

                           SO ORDERED

                           SIDNEY H. STEIN
                           U.S.D.J.