ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

January 27, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Diaz
       20 Cr. 553 (SHS)

Dear Judge Stein:

I respectfully write on behalf of the defendant to request an adjournment of the hearing currently scheduled for February 2, 2021, at 11:00 A.M., in the above-captioned case. I recently received a plea agreement from the Government that is acceptable but I need time to prepare my client for the plea hearing. In addition, I will be traveling out of the country for work on that date. As such, I ask that the Court adjourn the hearing until February 22 or 23 for him to plead guilty. In addition, we consent to the exclusion of time for speedy trial calculation purposes until the next court date.

Thank you for considering this request.

Respectfully submitted,

**/s/ Alexei Schacht**

Alexei Schacht

cc: United States Attorney (by ECF)

**The conference is adjourned to February 23, 2021, at 11:00 a.m. The time is excluded from calculation under the Speedy Trial Act from today until February 23, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

Dated: New York, New York
       January 28, 2021