UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-553 (SHS) |
| -v- | : | ORDER |
| ERIC DIAZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that the defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons, on or before 2:00 p.m. on September 17, 2021.

Dated: New York, New York
      August 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.