**ALEXEI SCHACHT**
**ATTORNEY AT LAW**
**123 WEST 94TH STREET**
**NEW YORK, NEW YORK 10025**
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

October 4, 2025

BY ECF

The Honorable Sidney H. Stein         **MEMO ENDORSED, p. 2**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Eric Diaz**
           20 CR 553-01 (SHS)

Dear Judge Stein:

    The parties are scheduled to appear before your Honor this Thursday October 9, 2025. I have a conflict that day that with another case in a different district where it is extremely difficult for my client to travel to court because he is subject to Special Administrative Measures in prison.

    I ask that this case be adjourned to October 14, 2025, in the morning, or October 21, 2025, if possible, or to another mutually agreeable time. The Government consents to that application.

    In addition, I have spoken to the Government and informed them that on the next court date my client would admit to specifications, including possession of narcotics. Then, my application would be that the sentence be adjourned so that my client might continue in the drug program in which Probation had him enroll. That way the eventual sentence could reflect his successful completion, or not, of that program and the court could obtain more information about my client so that a fair and just sentence might be imposed.

The Honorable Sidney H. Stein<br>
Page 2 of 2

Thank you for considering my applications.

Very truly yours,

Alexei Schacht

cc: United States Attorney's Office (by ECF and email)
Eric Diaz (by hand)
United States Probation Department (by email)

**The proceeding is adjourned to October 21 at 10:30 a.m.**

**Dated: New York, New York
October 6, 2025**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.